People v Graham (2022 NY Slip Op 02738)

People v Graham

2022 NY Slip Op 02738

Decided on April 22, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 22, 2022

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, LINDLEY, AND WINSLOW, JJ. (Filed Apr. 22, 2022.) 

MOTION NO. (525/19) KA 16-00756.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ISIAH GRAHAM, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.